IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

JESS LEE GREEN                                                           PLAINTIFF

V.                                          CIVIL ACTION NO. 4:26-CV-00043-MPM-JMV

BURL CAIN, et al.                                                        DEFENDANTS

ORDER REQURING PLAINTIFF TO SUBMIT
ADDITIONAL INFORMATION TO THE COURT

This matter comes before the Court upon Plaintiff Jess Lee Green's *pro se* complaint challenging the conditions of his confinement pursuant to 42 U.S.C. § 1983. Doc. # 1. Plaintiff complains about an alleged failure to protect him while in custody of the Mississippi Department of Corrections. *Id.* For the Court to properly assess the merits of Plaintiff's claims, more information is needed. Plaintiff is, therefore, **DIRECTED** to:

(1) Provide a description of each named Defendant's—Burl Cain, Warden Meeks, Unknown Inmate Dotson/Datsan, Zack/Gangster, State of Mississippi, CID (SMCI), John Hunt (MDOC), and Superintendent Middlebrooks—personal involvement in the alleged actions or inactions identified in his complaint; and

(2) Identify at which facility—South Mississippi Correctional Institution (SMCI) or Mississippi State Penitentiary/Parchman (MSP)— the alleged actions or inactions occurred.

Plaintiff must submit this information to the Court within thirty (30) days from the date of this Order. Plaintiff's failure to do so may result in dismissal of this action pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

**SO ORDERED**, this the 11th day of May, 2026.

/s/ Jane Virden
UNITED STATES MAGISTRATE JUDGE