**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**JESS LEE GREEN** **PLAINTIFF**

**V.** **CIVIL ACTION NO. 4:26-CV-00043-MPM-JMV**

**BURL CAIN, et al.** **DEFENDANTS**

# FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order entered this day, this case is **DISMISSED with prejudice**. This dismissal counts as a "strike" under 28 U.S.C. §§ 1915(e)(2)(B)(ii) and 1915(g).

**SO ORDERED**, this the 24th day of August, 2026.

/s/Michael P. Mills
**UNITED STATES DISTRICT JUDGE**
**NORTHERN DISTRICT OF MISSISSIPPI**